The Honorable Richard A. Jones

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

| | |
|---|---|
| PREFERRED NUTRITION INC., a Canadian corporation; and NATURAL FACTORS NUTRITIONAL PRODUCTS INC., a Washington corporation, | No. 2:10-cv-00907 RAJ |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| LORNA VANDERHAEGHE, a natural person; and HEADLINES PROMOTIONS LTD., a Canadian corporation, now known as Lorna Vanderhaeghe Health Solutions, Inc., | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION OF DISMISSAL WITH PREJUDICE
(No. 2:10-cv-00907 RAJ) - 1

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1    Pursuant to a Settlement Agreement, the parties hereby move the Court to dismiss this

2    case, including all claims and counterclaims brought by any party, with prejudice.  Each party

3    is to bear its own costs and attorneys' fees in connection with the suit.

4        IT IS SO STIPULATED.

5

6    Dated this 27th day of May, 2011.

7    Respectfully submitted,

8

9    CHRISTENSEN O'CONNOR                    DAVIS WRIGHT TREMAINE LLP

10   JOHNSON KINDNESS[PLLC]

11

12

13   By: s/ Michael P. Matesky, II            By: s/ Sarah K. Duran, by permission MPM
         Michael N. Zachary, WSBA #27064          Warren J. Rheaume, WSBA #13627
14       Michael P. Matesky, II, WSBA #39586      Sarah K. Duran, WSBA #38954
         Christensen O'Connor                     Davis Wright Tremaine LLP
15           Johnson Kindness[PLLC]               1201 Third Avenue, Suite 2200
         1420 Fifth Avenue, Suite 2800            Seattle, WA 98101-3045
16       Seattle, WA  98101-2347                  Telephone: (206) 757-8035
         Telephone:  206.682.8100                 Fax: (206) 757-7035
17       Fax:  206.224.0779                       E-mail:  warrenrheaume@dwt.com,
         E-mail:  michael.zachary@cojk.com,       sarahduran@dwt.com
18       mike.matesky@cojk.com,
         courtdocs@efiling.com
19
                                                  *Attorneys for Defendants*
20       *Attorneys for Plaintiffs*

21

22

23

24

25

26

27

STIPULATION OF DISMISSAL WITH PREJUDICE
(No. 2:10-cv-00907 RAJ) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Warren J. Rheaume
Davis Wright Tremaine LLP
warrenrheaume@dwt.com

Sarah K. Duran
Davis Wright Tremaine LLP
sarahduran@dwt.com

Dated this 27th day of May, 2011.

s/ Michael P. Matesky, II
Michael P. Matesky, II

STIPULATION OF DISMISSAL WITH PREJUDICE
(No. 2:10-cv-00907 RAJ) - 3

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100