The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PREFERRED NUTRITION INC., a Canadian corporation; and NATURAL FACTORS NUTRITIONAL PRODUCTS INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LORNA VANDERHAEGHE, a natural person; and HEADLINES PROMOTIONS LTD., a Canadian corporation, now known as Lorna Vanderhaeghe Health Solutions, Inc.,<br><br>Defendants. | No. 2:10-cv-00907 RAJ<br><br>[PROPOSED] STIPULATED ORDER OF DISMISSAL |

### [PROPOSED] STIPULATED ORDER OF DISMISSAL

This matter came before the Court on the parties' Stipulation of Dismissal with Prejudice. The Court is advised that the parties have entered into a Settlement Agreement, and have stipulated to dismissal of this case, including all claims and counterclaims brought by any party, with prejudice, with each party to bear its own costs and attorneys' fees in connection with this suit.

Having reviewed the materials submitted, and being fully advised, the Court hereby dismisses all claims and counterclaims brought by any party, with prejudice, with each party to bear its own costs and attorneys' fees in connection with this suit.

[PROPOSED] STIPULATED ORDER OF
DISMISSAL (2:10-cv-00907 RAJ) - 1
NFNP\PROPOSED ORDER OF DISMISSAL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

1     IT IS SO ORDERED.

2

3     Dated this _____ day of _____, 2011.

4

5

6                                             The Honorable Richard A. Jones

7                                             United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] STIPULATED ORDER OF
DISMISSAL (2:10-cv-00907 RAJ) - 2
NFNP\PROPOSED ORDER OF DISMISSAL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

s/ Michael P. Matesky, II
Michael N. Zachary, WSBA No.: 27064
Michael P. Matesky, II, WSBA No.: 39586
Christensen O'Connor Johnson KindnessPLLC
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
Email: michael.zachary@cojk.com,
mike.matesky@cojk.com, courtdoc@cojk.com
Attorneys for Plaintiffs


Approved as to Form; Notice of Presentation Waived:

DAVIS WRIGHT TREMAINE LLP


s/ Sarah K. Duran, by permission MPM
Warren J. Rheaume, WSBA #13627
Sarah K. Duran, WSBA #38954
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8035
Fax: (206) 757-7035
E-mail: warrenrheaume@dwt.com, sarahduran@dwt.com
Attorneys for Defendants

[PROPOSED] STIPULATED ORDER OF
DISMISSAL (2:10-cv-00907 RAJ) - 3
NFNP\PROPOSED ORDER OF DISMISSAL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS

1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Warren J. Rheaume
Davis Wright Tremaine LLP
warrenrheaume@dwt.com

Sarah K. Duran
Davis Wright Tremaine LLP
sarahduran@dwt.com

Dated this 27th day of May, 2011.

<u>s/ Michael P. Matesky, II</u>
Michael P. Matesky, II

[PROPOSED] STIPULATED ORDER OF
DISMISSAL (2:10-cv-00907 RAJ) - 4
NFNP\PROPOSED ORDER OF DISMISSAL.DOC

CHRISTENSEN | O'CONNOR
JOHNSON | KINDNESS
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347
1.206.682.8100